UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :   Hon. Tonianne Bongiovanni

v.                        :   Crim. No. 06-42(SRC)

                          :   SEALING ORDER

DAVID CRAIG               :

This matter having come before the Court upon the application of the United States of America, Robert Stevens, Special Assistant U.S. Attorney, appearing, for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 19TH day of January, 2006,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
HONORABLE TONIANNE BONGIOVANNI
United States Magistrate Judge

RECEIVED
JAN 19 2006
AT 8:30_____M
WILLIAM T. WALSH
CLERK