PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **David Craig**                                Docket No. **06-0042**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Laurie Nadler** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **David Craig**, who was placed under pretrial release supervision by the **Honorable John J. Hughes** sitting in the Court at Trenton, New Jersey, on February 9, 2006, under the following conditions:

$100,000 Unsecured Appearance bond cosigned by mother and girlfriend
Home confinement with Electronic Monitoring
Drug testing and treatment as directed by Pretrial Services
Travel restricted to New Jersey

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER THE WARRANT ISSUED FOR THE DEFENDANT'S ARREST ON APRIL 2, 2007 BE RESCINDED, BAIL BE REVOKED, AND THE DEFENDANT REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE PENDING TRANSFER TO FCI SCHUYLKILL AS DESIGNATED BY THE BUREAU OF PRISONS.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ___ day of ___ and ordered filed and made a part of the records in the above case. | Executed on ___ |
| _____ | _____ |
| Honorable Stanley R. Chesler<br>U.S. District Judge | Laurie Nadler<br>U.S. Pretrial Services Officer |