PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: David Alexander Craig                                                  Cr.: 06-00042-001

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 3/2/07

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon, in violation of Title 18: U.S.C. Section 922(g)(1) and (2)

Original Sentence: 12 months and 1 day imprisonment, followed by 3 years supervised release, with special conditions for drug testing/treatment, financial disclosure, DNA, and to pay a $100 special assessment.

Type of Supervision: Supervised Release                          Date Supervision Commenced: 1/28/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 17, 2008 the offender submitted a urine sample, at the Opportunities for All drug treatment facility, which tested positive for opiates on an instant test. The sample was accidentally spilled by treatment staff, prior to being packaged for shipment to a lab for further testing. On March 20, 2008, the offender admitted that he had obtained a prescription strength cough syrup, (Promethasine with Codeine), from a friend who worked at a pharmacy. He further admitted to using the cough syrup on March 16, 2008, and that he knew it was illegal to obtain and use the cough syrup without having a legitimate prescription. |

U.S. Probation Officer Action:
The offender was questioned repeatedly regarding his use of a narcotic cough syrup and admonished for doing so without a legitimate prescription. He insisted he did so not because of a desire to get high, but because was truly sick. As a result the offender will remain in the random drug phase testing program and the probation office will continue to monitor for any drug treatment needs that arise. We are respectfully recommending no action at this time, and will notify Your Honor if any Court intervention becomes necessary.

Respectfully submitted,

By: Steven Alfrey
U.S. Probation Officer
Date: 4/3/08

*A response is necessary so that any action the court directs can be taken as follows:*

[✓] No action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

5/1/08
_____
Date